IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JED PHILIP LARSON, SR.,
       Plaintiff,

vs.                            Case No. 5:10cv246/RS/MD

N. ROBINSON, et. al,
       Defendants.

---

## REPORT AND RECOMMENDATION

This cause is before the court upon referral from the clerk. Plaintiff initiated this action on September 13, 2010 by filing a pleading titled, "Petition for Emergency Injunction." (Doc. 1). Because the application for injunctive relief was not accompanied by the $350.00 filing fee or an application for leave to proceed *in forma pauperis*, this court entered an order on September 24, 2010 directing plaintiff to pay the $350.00 filing fee or file a complete application to proceed *in forma pauperis* within twenty-eight days. (Doc. 3). Plaintiff was warned that failure to comply with the order would result in a recommendation of dismissal of this action.

Plaintiff did not respond to the order. Accordingly, on November 10, 2010, this court issued an order directing plaintiff to show cause, within fourteen days, why this case should not be dismissed for failure to comply with an order of the court. (Doc. 4). That deadline has passed, and plaintiff has neither responded to the order, nor complied with the court's September 24, 2010 order.

Accordingly, it is respectfully RECOMMENDED:

1. That this cause be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to comply with an order of the court.

2.  That the clerk be directed to close the file.

At Pensacola, Florida, this 2nd day of December, 2010.


/s/ *Miles Davis*

**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**


## NOTICE TO THE PARTIES

**Any objections to these proposed findings and recommendations must be filed within fourteen days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>.  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).**